AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Foote, Elizabeth E. | U.S. District Court Western District of Louisiana | 05/14/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

300 Fannin Street
Shreveport, LA 71101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | ▢ law office building partnership |
| 2. | Board of Trustees Member | Louisiana State University/Paul M. Hebert Law Center |
| 3. | Power of Attorney | POA #1 |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 04/01/10 | Termination of Partnership Agreement- ▢ Law Firm |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | The ▨ Law Firm, pursuit to termination agreement | $131,769.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | Louisiana State Employees Retirement System- retired judge |
| 2. 2012 | The ▨ Law Firm, share of partnership profits |
| 3. 2012 | ▨ share of partnership profits |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Louisiana State Bar | 01/19/12-1/22/12 | New Orleans, LA | Bar Assc meeting | mileage, hotel, & parking |
| 2. | Southwest LA Bar | 03/15/12-03/18/12 | Houston, TX | Speaker at seminar | hotel |
| 3. | Louisiana State Bar | 06/02/12-06/07/12 | San Destin, FL | LSBA's Annual Meeting | mileage & hotel |
| 4. | Louisiana State Bar | 11/18/12-11/20/12 | New York City, NY | Speaker at seminar | hotel & air fare |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Express | credit card | J |
| 2. | US Treasury & LA Dept of Revenue | income tax liability- ESTIMATED | K |
| 3. | Mastercard | credit card | J |
| 4. | Red River Bank | note guarantor | N |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo- Roth IRA (H) | | | | | | | | | |
| 2. ----- Templeton World Fund | B | Int./Div. | L | T | | | | | |
| 3. ----- Washington Mutual Investment Fund | A | Int./Div. | J | T | | | | | |
| 4. Charles Schwab- IRA (H) | | | | | | | | | |
| 5. -----Schwab Money Market | A | Interest | | | Closed | 09/11/12 | J | | |
| 6. -----Pimco Total Return | A | Int./Div. | | | Sold | 08/06/12 | K | B | |
| 7. -----T Rowe Price Intl Bond | A | Int./Div. | | | Sold | 08/06/12 | J | A | |
| 8. -----Aston Montag & Caldwell Growth | | None | | | Sold (part) | 01/31/12 | J | A | |
| 9. | | | | | Sold (part) | 05/01/12 | J | A | |
| 10. | | | | | Sold | 08/06/12 | J | A | |
| 11. -----Columbia Value & Restructuring | A | Int./Div. | | | Sold (part) | 01/31/12 | J | A | |
| 12. | | | | | Sold | 08/06/12 | J | B | |
| 13. -----Harbor International) | | None | | | Sold | 08/06/12 | J | D | |
| 14. -----ING Global Real Estate | A | Int./Div. | | | Sold (part) | 05/01/12 | J | A | |
| 15. | | | | | Sold | 08/06/12 | J | C | |
| 16. -----Keeley Small Cap Value | | None | | | Sold (part) | 01/13/12 | J | A | |
| 17. | | | | | Sold | 08/06/12 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -----Longleaf Partners Fund | | None | | | Sold | 08/06/12 | J | A | |
| 19. -----Mainstay ICAP Intl Fund | | None | | | Sold | 08/06/12 | J | D | |
| 20. -----Selected American Shares | | None | | | Sold (part) | 01/13/12 | J | A | |
| 21. | | | | | Sold | 08/06/12 | J | A | |
| 22. -----T Rowe Price Emerging Markets Stk | | None | | | Sold | 08/06/12 | J | A | |
| 23. -----Westport Select Cap Fund | | None | | | Sold | 08/06/12 | J | A | |
| 24.     Bank Checking | A | Interest | K | T | | | | | |
| 25.     Bank Checking #2 | A | Interest | J | T | | | | | |
| 26. ING Savings | B | Interest | M | T | | | | | |
| 27. Prudential-IRA (H) | | None | | | Closed | 10/09/12 | M | | |
| 28. -----AST T Rowe Price Large Cap | | | | | Sold | 10/09/12 | K | A | |
| 29. -----AST Goldman Sachs Concentrated Growth | | | | | Sold | 10/09/12 | K | A | |
| 30. -----AST Small Cap Value | | | | | Sold | 10/09/12 | L | E | |
| 31. -----AST Neuberger Berman/LSV Mid Cap Value | | | | | Sold | 10/09/12 | L | E | |
| 32. -----AST International Growth | | | | | Sold | 10/09/12 | K | B | |
| 33. American Funds 529 Plan Account | B | Dividend | L | T | | | | | |
| 34. -----American Funds Money Market | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -----Cash Management Trust of America | | | | | | | | | |
| 36. -----American Balanced Fund | | | | | | | | | |
| 37. Wells Fargo Roth IRA (H) | | None | | | | | | | |
| 38. -----John Hancock Regional Bank | A | Int./Div. | J | T | | | | | |
| 39. -----Templeton World Fund | B | Int./Div. | L | T | | | | | |
| 40. -----Washington Mutual Invs Fund | A | Int./Div. | K | T | | | | | |
| 41. Chase Investment (H) | | None | | | | | | | |
| 42. -----JP Morgan US Treas Plus MMKT | A | Dividend | J | T | | | | | |
| 43. -----JPMorgan Chase & Co Common | B | Dividend | K | T | | | | | |
| 44. -----AllianceBer Global Thematic Grth | | None | J | T | | | | | |
| 45. -----JPMorgan Intrepid Mid Cap | A | Dividend | J | T | | | | | |
| 46. -----JPMorgan Large Cap Grth | A | Dividend | K | T | | | | | |
| 47. ING Savings | C | Interest | M | T | | | | | |
| 48. Fidelity & Guar Life Ins | | None | N | T | | | | | |
| 49. Charles Schwab (H) | | None | | | Closed | 11/01/12 | J | | |
| 50. -----Cash Account | A | Interest | | | Distributed | 11/01/12 | J | A | |
| 51. -----PMC Core Fixed Income | | None | | | Sold (part) | 08/02/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold | 09/24/12 | J | A | |
| 53. -----PMC Diversified Equity | | None | | | Sold (part) | 04/24/12 | J | A | |
| 54. | | | | | Sold | 09/24/12 | K | D | |
| 55. Chase Investment-Invesco Global Small & Mid | A | Dividend | J | T | Sold (part) | 01/26/12 | J | A | |
| 56. Genworth Financial Trust Co-GFAM ARO-100 Global 6 | C | Dividend | | | Sold | 12/31/12 | N | E | |
| 57. Merit Oil-Royalty Interest-Rapides Parish, Louisiana | C | Royalty | K | W | | | | | |
| 58. N/R-_____ formerly _____ operations | | None | M | U | | | | | |
| 59. 60 Acres timber land-_____, Louisiana | | None | N | W | | | | | |
| 60. 1/2 interest 17 acres land-_____, Louisiana | | None | J | W | | | | | |
| 61. 1/2 interest 2 acres-_____, Louisiana | | None | J | W | | | | | |
| 62. 1/6 interest _____ Street Company | A | Distribution | L | W | | | | | |
| 63. 1/3 interest _____ Street Company (power of attorney) | | None | M | W | | | | | |
| 64. Chase Checking Account | | None | | | Distributed | 01/01/12 | J | A | |
| 65. Cash Surrender Value- Metlife | | None | K | T | | | | | |
| 66. _____ Bank- Checking #2 | A | Interest | J | T | | | | | |
| 67. _____ Bank- CD #2 (4 cd's pledged) | C | Interest | N | T | | | | | |
| 68. Charles Schwab IRA,-Credit Suisse Commodity | | None | | | Sold | 08/06/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Vanguard-Prime Money Mkt Fund | A | Int./Div. | L | T | | | | | |
| 70. JPMorgan Chase- Savings Acct | | None | | | Distributed | 01/01/12 | J | A | |
| 71. John Hancock-Law Firm 401K, Lifestyle Growth Fund | | None | | | Distributed | 08/21/12 | M | A | |
| 72. John Hancock-Law Firm 401K, Lifestyle Balanced Fund | | None | N | T | | | | | |
| 73. Charles Schwab #2, Aston Montag & Caldwell | | None | | | Sold | 09/24/12 | J | A | |
| 74. Charles Schwab #2, Columbia Value & Restruc | A | Dividend | | | Sold | 09/24/12 | J | A | |
| 75. Charles Schwab #2, Keeley Small Cap Value | | None | | | Sold | 09/24/12 | J | A | |
| 76. Charles Schwab #2, Mainstay ICAP Intl Fd | | None | | | Sold | 09/24/12 | K | A | |
| 77. Charles Schwab #2, Selected American Shares | | None | | | Sold | 09/24/12 | K | B | |
| 78. Charles Schwab #2, T Rowe Price Emerging | | None | | | Sold | 09/24/12 | J | A | |
| 79. Charles Schwab #2, T Rowe Price Intl | A | Dividend | | | Sold | 09/24/12 | J | A | |
| 80. Charles Schwab #2, Westport Select Cap Fund | | None | | | Sold | 09/24/12 | J | A | |
| 81. Charles Schwab #2, Credit Suisse Commodity | | None | | | Sold | 09/24/12 | J | A | |
| 82. Charles Schwab #2, Pimco Total Return Fund | A | Dividend | | | Sold | 09/24/12 | K | B | |
| 83. Charles Schwab #2, Harbor International | | None | | | Sold | 09/24/12 | J | A | |
| 84. Charles Schwab #2, ING Global Real Estate | A | Dividend | | | Sold | 09/24/12 | J | C | |
| 85. Charles Schwab #2, Longleaf Partners Fund | | None | | | Sold | 09/24/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Charles Schwab #2, deposit cash account | A | Interest | | | Closed | 09/24/12 | J | A | |
| 87. Wells Fargo- Roth IRA line 1: VanKampen Amern Fd Class A | A | Int./Div. | K | T | | | | | |
| 88. Charles Schwab-Primecap Odyssey Growth | A | Int./Div. | | | Sold | 08/06/12 | J | A | |
| 89. Charles Schwab #2, Primecap Odyssey Growth | | None | | | Sold | 09/24/12 | J | A | |
| 90. Wells Fargo, Uniform Gift to Minor-Capital World Growth | A | Int./Div. | J | T | | | | | |
| 91. Wells Fargo, Uniform Gift to Minor-Wash Mutual Invs | A | Int./Div. | J | T | | | | | |
| 92. ▒▒▒▒ Bank- Checking #3 | B | Interest | M | T | Open | 02/01/12 | M | | |
| 93. Port Formula #1- Cash Acct | A | Interest | J | T | Open | 10/12/12 | M | | |
| 94. | | | | | Redeemed | 11/07/12 | M | A | |
| 95. Port Formula #1- Alon USA Energy | A | Dividend | J | T | Buy | 11/07/12 | J | | |
| 96. | | | | | Sold (part) | 12/07/12 | J | A | |
| 97. Port Formula #1- Altisource Residential Corp | | None | J | T | Spinoff (from line 156) | 12/21/12 | J | | |
| 98. | | | | | Sold (part) | 12/26/12 | J | A | |
| 99. Port Formula #1- Altisource Asset mgmt | | None | J | T | Spinoff (from line 156) | 12/21/12 | J | | |
| 100. | | | | | Sold (part) | 12/26/12 | J | A | |
| 101. Port Formula #1- Arctic Cat Inc | | None | J | T | Buy | 11/07/12 | J | | |
| 102. | | | | | Sold (part) | 12/07/12 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Port Formula #1- Beacon Roofing Supply | | None | J | T | Buy | 11/07/12 | J | | |
| 104. | | | | | Sold (part) | 12/07/12 | J | A | |
| 105. Port Formula #1- Beazer Homes | | None | J | T | Buy | 11/07/12 | J | | |
| 106. | | | | | Buy (add'l) | 12/07/12 | J | | |
| 107. Port Formula #1- Boi Reference Lab | | None | J | T | Buy | 11/07/12 | J | | |
| 108. Port Formula #1-Brown Shoe Company | A | Dividend | J | T | Buy | 11/07/12 | J | | |
| 109. | | | | | Sold (part) | 12/07/12 | J | A | |
| 110. Port Formula #1- Chemtura Corp | | None | J | T | Buy | 12/07/12 | J | | |
| 111. Port Formula #1- Computer Sciences | | None | J | T | Buy | 12/07/12 | J | | |
| 112. Port Formula #1-Conn's Inc | | None | J | T | Buy | 11/07/12 | J | | |
| 113. | | | | | Sold (part) | 11/07/12 | J | A | |
| 114. | | | | | Sold (part) | 12/07/12 | J | A | |
| 115. Port Formula #1- Cooper Tire & Rubber | | None | J | T | Buy | 12/07/12 | J | | |
| 116. Port Formula #1-Delek US Hldgs | | None | J | T | Buy | 12/07/12 | J | | |
| 117. Port Formula #1-Ellie Mae Inc | | None | J | T | Buy | 12/07/12 | J | | |
| 118. Port Formula #1-Exterran Holdings | | None | J | T | Buy | 12/07/12 | J | | |
| 119. Port Formula #1-Fidelity National Title | A | Dividend | J | T | Buy | 11/07/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 12/07/12 | J | A | |
| 121. Port Formula #1-Generac Hlds | | None | J | T | Buy | 12/07/12 | J | | |
| 122. Port Formula #1-Green Mountain Coffee | | None | J | T | Buy | 12/07/12 | J | | |
| 123. Port Formula #1-Headwaters Incorporated | | None | J | T | Buy | 12/07/12 | J | | |
| 124. Port Formula #1-Hot Topic, inc | A | Dividend | J | T | Buy | 12/07/12 | J | | |
| 125. Port Formula #1-Hovnanian Enterprises | | None | J | T | Buy | 12/07/12 | J | | |
| 126. Port Formula #1-Kayak Software | | None | J | T | Buy | 12/07/12 | J | | |
| 127. Port Formula #1-KB Home Com | | None | J | T | Buy | 11/07/12 | J | | |
| 128. | | | | | Buy (add'l) | 12/07/12 | J | | |
| 129. Port Formula #1-Leapfrog Enterprises | | None | J | T | Buy | 12/07/12 | J | | |
| 130. Port Formula #1-MDC Holdings | A | Dividend | J | T | Buy | 12/07/12 | J | | |
| 131. Port Formula #1-M/I Schottenstein Homes | | None | J | T | Buy | 11/07/12 | J | | |
| 132. | | | | | Sold (part) | 12/07/12 | J | A | |
| 133. Port Formula #1-MWI Veterinary Supply Inc | | None | J | T | Buy | 12/07/12 | J | | |
| 134. Port Formula #1-Marriott Vacations Worldwide | | None | J | T | Buy | 12/07/12 | J | | |
| 135. Port Formula #1-Metropolitan Health Networks | | None | J | T | Buy | 12/07/12 | J | | |
| 136. Port Formula #1-Nacco Industries Inc. | A | Dividend | J | T | Buy | 11/07/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 12/07/12 | J | A | |
| 138.  Port Formula #1-Nam Tai Electronics Inc | | None | J | T | Buy | 12/07/12 | J | | |
| 139.  Port Formula #1-OfficeMax Incorporated | | None | J | T | Buy | 12/07/12 | J | | |
| 140.  Port Formula #1-On Assignment Inc | | None | J | T | Buy | 11/07/12 | J | | |
| 141. | | | | | Sold (part) | 11/07/12 | J | A | |
| 142. | | | | | Sold (part) | 12/07/12 | J | A | |
| 143.  Port Formula #1-Pilgrims Pride | | None | J | T | Buy | 12/07/12 | J | | |
| 144.  Port Formula #1-Ryland Group | | None | J | T | Buy | 11/07/12 | J | | |
| 145. | | | | | Sold (part) | 12/07/12 | J | A | |
| 146.  Port Formula #1-Sanderson Farms Inc | | None | J | T | Buy | 12/07/12 | J | | |
| 147.  Port Formula #1-Stage Stores Inc | A | Dividend | J | T | Buy | 11/07/12 | J | | |
| 148. | | | | | Sold (part) | 12/07/12 | J | A | |
| 149.  Port Formula #1-Stewart Information Services | A | Dividend | J | T | Buy | 12/07/12 | J | | |
| 150.  Port Formula #1-Sunrise Asstd Living | | None | J | T | Buy | 12/07/12 | J | | |
| 151.  Port Formula #1-Thor Industries | A | Dividend | J | T | Buy | 12/07/12 | J | | |
| 152.  Port Formula #1-Tumi Hldgs | | None | J | T | Buy | 12/07/12 | J | | |
| 153.  Port Formula #1-Vitamin Shoppe Inc | | None | J | T | Buy | 11/07/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold (part) | 12/07/12 | J | A | |
| 155. Port Formula #1-Michael Kors Hldgs | None | J | T | | Buy | 12/07/12 | J | | |
| 156. Port Formula #1-Altisource Portfolio Solutions | None | J | T | | Buy | 11/07/12 | J | | |
| 157. Port Formula #1-Allegiant Travel | None | J | T | | Buy | 12/07/12 | J | | |
| 158. Port Formula #1-Bed Bath & Beyond | None | J | T | | Buy | 11/07/12 | J | | |
| 159. | | | | | Sold (part) | 12/07/12 | J | A | |
| 160. Port Formula #1-Comcast Corp | None | J | T | | Buy | 11/07/12 | J | | |
| 161. | | | | | Sold (part) | 12/07/12 | J | A | |
| 162. Port Formula #1-Dollar Tree inc | None | J | T | | Buy | 11/07/12 | J | | |
| 163. | | | | | Sold (part) | 12/07/12 | J | A | |
| 164. Port Formula #1-F5 Networks | None | J | T | | Buy | 11/07/12 | J | | |
| 165. | | | | | Sold (part) | 12/07/12 | J | A | |
| 166. Port Formula #1-Genuine Parts Inc | None | J | T | | Buy | 11/07/12 | J | | |
| 167. | | | | | Sold (part) | 12/07/12 | J | A | |
| 168. Port Formula #1-Hibbett Sports Inc | None | J | T | | Buy | 11/07/12 | J | | |
| 169. | | | | | Sold (part) | 12/07/12 | J | A | |
| 170. Port Formula #1-Intutive Surgical | None | J | T | | Buy | 11/07/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold (part) | 12/07/12 | J | A | |
| 172. Port Formula #1-Netease.com | | None | J | T | Buy | 11/07/12 | J | | |
| 173. | | | | | Buy (add'l) | 12/07/12 | J | | |
| 174. Port Formula #1-NewMarket Corporation | A | Dividend | J | T | Buy | 11/07/12 | J | | |
| 175. | | | | | Sold (part) | 12/07/12 | J | A | |
| 176. Port Formula #1-Panera Bread | | None | J | T | Buy | 11/07/12 | J | | |
| 177. | | | | | Buy (add'l) | 12/07/12 | J | | |
| 178. Port Formula #1-Portfolio Recovery Assc | | None | J | T | Buy | 11/07/12 | J | | |
| 179. | | | | | Sold (part) | 12/07/12 | J | | |
| 180. Port Formula #1-Triumph Group Inc | A | Dividend | J | T | Buy | 11/07/12 | J | | |
| 181. | | | | | Sold (part) | 12/07/12 | J | A | |
| 182. Port Formula #1-Accenture Plc Ireland | | None | J | T | Buy | 11/07/12 | J | | |
| 183. | | | | | Sold (part) | 12/07/12 | J | A | |
| 184. Port Formula #1- Federated Prime Mgmt Oblig | A | Dividend | K | T | Buy | 12/05/12 | J | | |
| 185. | | | | | Buy (add'l) | 12/07/12 | K | | |
| 186. Port Formula #1-Aflac Inc | A | Dividend | J | T | Buy | 11/07/12 | J | | |
| 187. Port Formula #1-Apollo Coml Real Estate | | None | J | T | Buy | 11/07/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 12/07/12 | J | | |
| 189. Port Formula #1-Applied Industrial Tech | | None | J | T | Buy | 12/07/12 | J | | |
| 190. Port Formula #1-Cnooc Limited | | None | J | T | Buy | 11/07/12 | J | | |
| 191. Port Formula #1-CACI Inc | | None | J | T | Buy | 12/07/12 | J | | |
| 192. Port Formula #1-Cameco Corp | | None | J | T | Buy | 11/07/12 | J | | |
| 193. | | | | | Buy (add'l) | 12/07/12 | J | | |
| 194. Port Formula #1-Capital Source Inc | A | Dividend | J | T | Buy | 11/07/12 | J | | |
| 195. Port Formula #1-Chicago Bridge & Iron | A | Dividend | J | T | Buy | 12/07/12 | J | | |
| 196. Port Formula #1-Cisco Systems | A | Dividend | J | T | Buy | 11/07/12 | J | | |
| 197. | | | | | Sold (part) | 12/07/12 | J | A | |
| 198. Port Formula #1-Corning Inc | | None | J | T | Buy | 12/07/12 | J | | |
| 199. Port Formula #1-Cummins Inc | A | Dividend | J | T | Buy | 11/07/12 | J | | |
| 200. Port Formula #1-Curtiss Wright Corp | | None | J | T | Buy | 11/07/12 | J | | |
| 201. | | | | | Buy (add'l) | 12/07/12 | J | | |
| 202. Port Formula #1-DFC Global Corp | | None | J | T | Buy | 12/07/12 | J | | |
| 203. Port Formula #1-Diamond Offshore | | None | J | T | Buy | 11/07/12 | J | | |
| 204. Port Formula #1-Directv | | None | J | T | Buy | 12/07/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Port Formula #1-East West Bancorp | | None | J | T | Buy | 12/07/12 | J | | |
| 206. Port Formula #1-Fidelity National Title Group | | None | J | T | Buy | 12/07/12 | J | | |
| 207. Port Formula #1-First Amern Finl Corp | A | Dividend | J | T | Buy | 11/07/12 | J | | |
| 208. | | | | | Sold (part) | 12/07/12 | J | A | |
| 209. Port Formula #1-Focus Media Holding Limited | | None | J | T | Buy | 11/07/12 | J | | |
| 210. | | | | | Sold (part) | 12/07/12 | J | A | |
| 211. Port Formula #1-Genesco inc | | None | J | T | Buy | 12/07/12 | J | | |
| 212. Port Formula #1-Halliburton Co | A | Dividend | J | T | Buy | 11/07/12 | J | | |
| 213. | | | | | Buy (add'l) | 12/07/12 | J | | |
| 214. Port Formula #1-Helmerich & Payne | A | Dividend | J | T | Buy | 11/07/12 | J | | |
| 215. | | | | | Sold (part) | 12/07/12 | J | A | |
| 216. Port Formula #1-HollyFrontier Corp | A | Dividend | J | T | Buy | 11/07/12 | J | | |
| 217. | | | | | Sold (part) | 12/07/12 | J | A | |
| 218. Port Formula #1-Ingredion inc | | None | J | T | Buy | 12/07/12 | J | | |
| 219. Port Formula #1-Intercontinental Hotels Group | | None | J | T | Buy | 12/07/12 | J | | |
| 220. Port Formula #1-J2 Global inc | | None | J | T | Buy | 12/07/12 | J | | |
| 221. Port Formula #1-Krispy Kreme Doughnuts | | None | J | T | Buy | 12/07/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Port Formula #1-Kulicke & Soffa Industries | | None | J | T | Buy | 11/07/12 | J | | |
| 223. | | | | | Sold (part) | 12/07/12 | J | A | |
| 224. Port Formula #1-Leapfrog Enterprises | | None | J | T | Buy | 11/07/12 | J | | |
| 225. Port Formula #1-Mens Warehouse | A | Dividend | J | T | Buy | 11/07/12 | J | | |
| 226. | | | | | Buy (add'l) | 12/07/12 | J | | |
| 227. Port Formula #1-NU Skin Asia Pacific | A | Dividend | J | T | Buy | 11/07/12 | J | | |
| 228. | | | | | Buy (add'l) | 12/07/12 | J | | |
| 229. | | | | | Sold (part) | 12/07/12 | J | A | |
| 230. Port Formula #1-Oshkosk Truck Corp | | None | J | T | Buy | 12/07/12 | J | | |
| 231. Port Formula #1-PennyMac Mortgage | A | Dividend | J | T | Buy | 11/07/12 | J | | |
| 232. | | | | | Buy (add'l) | 12/07/12 | J | | |
| 233. Port Formula #1-Prosperity Bancshares | A | Dividend | J | T | Buy | 12/07/12 | J | | |
| 234. Port Formula #1-Regal-Beloit Corp | | None | J | T | Buy | 11/07/12 | J | | |
| 235. Port Formula #1-Reinsurance Group Amer | | None | J | T | Buy | 12/07/12 | J | | |
| 236. Port Formula #1-Reliance Steel & Aluminum | A | Dividend | J | T | Buy | 11/07/12 | J | | |
| 237. | | | | | Buy (add'l) | 12/07/12 | J | | |
| 238. Port Formula #1-Schweitzer-Mauduit International | A | Dividend | J | T | Buy | 11/07/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Sold (part) | 12/07/12 | J | A | |
| 240. Port Formula #1-Sensient Technologies Corp | A | Dividend | J | T | Buy | 11/07/12 | J | | |
| 241. | | | | | Buy (add'l) | 12/07/12 | J | | |
| 242. Port Formula #1-Spirit Airls inc | | None | J | T | Buy | 11/07/12 | J | | |
| 243. | | | | | Buy (add'l) | 12/07/12 | J | | |
| 244. Port Formula #1-Stryker Corp | | None | J | T | Buy | 11/07/12 | J | | |
| 245. Port Formula #1-Suncor Energy Inc. | A | Dividend | J | T | Buy | 11/07/12 | J | | |
| 246. | | | | | Buy (add'l) | 12/07/12 | J | | |
| 247. Port Formula #1-Tenaris S.A. American Depositary | A | Dividend | J | T | Buy | 11/07/12 | J | | |
| 248. Port Formula #1-Tenneco Automotive | | None | J | T | Buy | 12/07/12 | J | | |
| 249. Port Formula #1-US Bancorp | | None | J | T | Buy | 12/07/12 | J | | |
| 250. Port Formula #1-USANA Health Sciences | | None | J | T | Buy | 11/07/12 | J | | |
| 251. | | | | | Buy (add'l) | 12/07/12 | J | | |
| 252. Port Formula #1-UnitedHealth Group | A | Dividend | J | T | Buy | 11/07/12 | J | | |
| 253. | | | | | Buy (add'l) | 12/07/12 | J | | |
| 254. Port Formula #1-Valmont Industries | | None | J | T | Buy | 11/07/12 | J | | |
| 255. Port Formula #1-Garmin Ltd Shs | A | Dividend | J | T | Buy | 11/07/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Sold (part) | 12/07/12 | J | A | |
| 257. Port Formula #1-Copa Holdings | A | Dividend | J | T | Buy | 12/07/12 | J | | |
| 258. Port Formula #1-Whirl Pool Corp | A | Dividend | | | Buy | 11/07/12 | J | | |
| 259. | | | | | Sold | 12/07/12 | J | A | |
| 260. Port Formula #1-Carbo Ceramics | | None | | | Buy | 11/07/12 | J | | |
| 261. | | | | | Sold | 12/07/12 | J | A | |
| 262. Port Formula #1-Cash America International | A | Dividend | | | Buy | 11/07/12 | J | | |
| 263. | | | | | Sold | 12/07/12 | J | A | |
| 264. Port Formula #1-Adtran inc | | None | | | Buy | 11/07/12 | J | | |
| 265. | | | | | Sold | 12/07/12 | J | A | |
| 266. Port Formula #1-Baker Hughes Inc | | None | | | Buy | 11/07/12 | J | | |
| 267. | | | | | Sold | 12/07/12 | J | A | |
| 268. Port Formula #1-Zale Corp | | None | | | Buy | 11/07/12 | J | | |
| 269. | | | | | Sold | 12/07/12 | J | A | |
| 270. Port Formula #1-Asbury Automotive Group | | None | | | Buy | 11/07/12 | J | | |
| 271. | | | | | Sold | 12/07/12 | J | A | |
| 272. Port Formula #1-Kohl's Corporation | A | Dividend | | | Buy | 11/07/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Sold | 12/07/12 | J | A | |
| 274. Port Formula #1-Questcor Pharmaceuticals | | None | | | Buy | 11/07/12 | J | | |
| 275. | | | | | Sold | 12/07/12 | J | A | |
| 276. Port Formula #1-Meritage Home Corp | | None | | | Buy | 11/07/12 | J | | |
| 277. | | | | | Sold | 12/07/12 | J | A | |
| 278. Port Formula #1-Intel Corp | A | Dividend | | | Buy | 11/07/12 | J | | |
| 279. | | | | | Sold | 12/07/12 | J | A | |
| 280. Port Formula #1-Silicon Motion Technology | | None | | | Buy | 11/07/12 | J | | |
| 281. | | | | | Sold | 12/07/12 | J | A | |
| 282. Port Formula #1-Servicenow Inc | | None | | | Buy | 11/07/12 | J | | |
| 283. | | | | | Sold | 12/07/12 | J | A | |
| 284. Port Formula #1-Monster Beverage Corp | | None | | | Buy | 11/07/12 | J | | |
| 285. | | | | | Sold | 12/07/12 | J | A | |
| 286. Port Formula #1-Gamestop Corp | A | Dividend | | | Buy | 11/07/12 | J | | |
| 287. | | | | | Sold | 12/07/12 | J | A | |
| 288. Port Formula #1-Valassis Communications | | None | | | Buy | 11/07/12 | J | | |
| 289. | | | | | Sold | 12/07/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. Port Formula #1-Staples Inc | | None | | | Buy | 11/07/12 | J | | |
| 291. | | | | | Sold | 12/07/12 | J | A | |
| 292. Port Formula #1-Dover Corporation | A | Dividend | | | Buy | 11/07/12 | J | | |
| 293. | | | | | Sold | 12/07/12 | J | A | |
| 294. Port Formula #1-Tyson Foods Inc | A | Dividend | | | Buy | 11/07/12 | J | | |
| 295. | | | | | Sold | 12/07/12 | J | A | |
| 296. Port Formula #1-EzCorp Inc | | None | | | Buy | 11/07/12 | J | | |
| 297. | | | | | Sold | 12/07/12 | J | A | |
| 298. Port Formula #1-Privatebancorp Inc | | None | | | Buy | 11/07/12 | J | | |
| 299. | | | | | Sold | 12/07/12 | J | A | |
| 300. Port Formula #1-Church & Dwight Co Inc | A | Dividend | | | Buy | 11/07/12 | J | | |
| 301. | | | | | Sold | 12/07/12 | J | A | |
| 302. Port Formula #1-Affymax Inc | | None | | | Buy | 11/07/12 | J | | |
| 303. | | | | | Sold | 12/07/12 | J | A | |
| 304. Port Formula #1-Lumber Liquidators Hldgs | | None | | | Buy | 11/07/12 | J | | |
| 305. | | | | | Sold | 12/07/12 | J | A | |
| 306. Port Formula #1-Calumet Specialty Products | | None | | | Buy | 11/07/12 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Sold (part) | 11/07/12 | J | A | |
| 308. | | | | | Sold | 12/07/12 | J | A | |
| 309. Port Formula #1-Red Robin Gourmet Burgers | None | | | | Buy | 11/07/12 | J | | |
| 310. | | | | | Sold (part) | 11/07/12 | J | A | |
| 311. | | | | | Sold | 12/07/12 | J | A | |
| 312. Port Formula #1-US Airways Group Inc | None | | | | Buy | 11/07/12 | J | | |
| 313. | | | | | Sold | 12/07/12 | J | A | |
| 314. Port Formula #1-Enersys | None | | | | Buy | 11/07/12 | J | | |
| 315. | | | | | Sold | 12/07/12 | J | A | |
| 316. Port Formula #1-Bio-Reference Laboratories | None | | | | Buy | 11/07/12 | J | | |
| 317. | | | | | Sold (part) | 11/07/12 | J | A | |
| 318. | | | | | Sold | 12/07/12 | J | A | |
| 319. Port Formula #1- Papa Johns International | None | | | | Buy | 11/07/12 | J | | |
| 320. | | | | | Sold | 12/07/12 | J | A | |
| 321. Port Formula #1- Gentex Corp | None | | | | Buy | 11/07/12 | J | | |
| 322. | | | | | Sold | 12/07/12 | J | A | |
| 323. Port Formula #1-The Geo Group Inc | A | Dividend | | | Buy | 11/07/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Sold | 12/07/12 | J | | |
| 325. Port Formula #1-Louisiana Pacific Corp | | None | | | Buy | 11/07/12 | J | | |
| 326. | | | | | Sold | 12/07/12 | J | A | |
| 327. Port Formula #1- Susser Holdings | | None | | | Buy | 11/07/12 | J | | |
| 328. | | | | | Sold | 12/07/12 | J | A | |
| 329. Port Formula #1- Joy Global Inc | A | Dividend | | | Buy | 11/07/12 | J | | |
| 330. | | | | | Sold | 12/07/12 | J | A | |
| 331. Port Formula #1-Medtronics Inc | | None | | | Buy | 11/07/12 | J | | |
| 332. | | | | | Sold | 12/07/12 | J | A | |
| 333. Port Formula #1-Timken Co | A | Dividend | | | Buy | 11/07/12 | J | | |
| 334. | | | | | Sold | 12/07/12 | J | A | |
| 335. Port Formula #1-Ethan Allen Interiors | A | Dividend | | | Buy | 11/07/12 | J | | |
| 336. | | | | | Sold | 12/07/12 | J | A | |
| 337. Port Formula #1-Lithia Motors inc | A | Dividend | | | Buy | 11/07/12 | J | | |
| 338. | | | | | Sold | 12/07/12 | J | A | |
| 339. Port Formula #1-Standard Pacific Corp | | None | | | Buy | 11/07/12 | J | | |
| 340. | | | | | Sold | 12/07/12 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. Port Formula #1-Georgia Gulf | | None | | | Buy | 11/07/12 | J | | |
| 342. | | | | | Sold | 12/07/12 | J | A | |
| 343. Port Formula #1-Sasol Limited Adss | | None | | | Buy | 11/07/12 | J | | |
| 344. | | | | | Sold | 12/07/12 | J | A | |
| 345. Port Formula #1-Axis Capital Holdings | | None | | | Buy | 11/07/12 | J | | |
| 346. | | | | | Sold | 12/07/12 | J | A | |
| 347. Port Formula #1-Cascade Corp | A | Dividend | | | Buy | 11/07/12 | J | | |
| 348. | | | | | Sold | 12/07/12 | J | A | |
| 349. Port Formula #1-Changyou.com | | None | | | Buy | 11/07/12 | J | | |
| 350. | | | | | Sold | 12/07/12 | J | A | |
| 351. Port Formula #1-First Cash Financial Services | | None | | | Buy | 11/07/12 | J | | |
| 352. | | | | | Sold | 12/07/12 | J | A | |
| 353. Port Formula IRA #1-Pimco Long Term US Gov | A | Dividend | K | T | Buy | 09/06/12 | K | | |
| 354. | | | | | Buy (add'l) | 10/05/12 | J | | |
| 355. | | | | | Sold (part) | 11/05/12 | J | A | |
| 356. | | | | | Sold (part) | 12/05/12 | J | A | |
| 357. Port Formula IRA #1-Pimco Total Return Fund Inst'l Class | A | Dividend | K | T | Buy | 09/06/12 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. | | | | | Buy (add'l) | 10/05/12 | J | | |
| 359. | | | | | Sold (part) | 11/05/12 | J | A | |
| 360. | | | | | Sold (part) | 12/05/12 | J | A | |
| 361. Port Formula IRA #1-Pimco Emerging Mkts Bond Fund | A | Dividend | K | T | Buy | 09/06/12 | K | | |
| 362. | | | | | Buy (add'l) | 10/05/12 | J | | |
| 363. | | | | | Sold (part) | 11/05/12 | J | A | |
| 364. | | | | | Sold (part) | 12/05/12 | J | A | |
| 365. Port Formula IRA #1- Allegiant Travel Company | | None | J | T | Buy | 09/10/12 | J | | |
| 366. | | | | | Buy (add'l) | 10/05/12 | J | | |
| 367. | | | | | Sold (part) | 11/07/12 | J | A | |
| 368. | | | | | Buy (add'l) | 12/07/12 | J | | |
| 369. Port Formula IRA #1- Bed Bath & Beyond | | None | J | T | Buy | 09/10/12 | J | | |
| 370. | | | | | Buy (add'l) | 10/05/12 | J | | |
| 371. | | | | | Buy (add'l) | 11/07/12 | J | | |
| 372. | | | | | Sold (part) | 12/07/12 | J | A | |
| 373. Port Formula IRA #1-Comcast Corp | | None | J | T | Buy | 11/07/12 | J | | |
| 374. | | | | | Sold (part) | 12/07/12 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. Port Formula IRA #1-Dollar Tree | | None | J | T | Buy | 09/10/12 | J | | |
| 376. | | | | | Buy (add'l) | 10/05/12 | J | | |
| 377. | | | | | Buy (add'l) | 11/07/12 | J | | |
| 378. | | | | | Sold (part) | 12/07/12 | J | A | |
| 379. Port Formula IRA #1-F5 Networks | | None | J | T | Buy | 11/07/12 | J | | |
| 380. | | | | | Sold (part) | 12/07/12 | J | A | |
| 381. Port Formula IRA #1-Genuine Parts Co | | None | J | T | Buy | 09/10/12 | J | | |
| 382. | | | | | Buy (add'l) | 10/05/12 | J | | |
| 383. | | | | | Buy (add'l) | 11/07/12 | J | | |
| 384. | | | | | Sold (part) | 12/07/12 | J | A | |
| 385. Port Formula IRA #1-Hibbett Sports Inc | | None | J | T | Buy | 09/10/12 | J | | |
| 386. | | | | | Buy (add'l) | 11/07/12 | J | | |
| 387. | | | | | Sold (part) | 12/07/12 | J | A | |
| 388. Port Formula IRA #1-Intutive Surgical | | None | J | T | Buy | 11/07/12 | J | | |
| 389. | | | | | Sold (part) | 12/07/12 | J | A | |
| 390. Port Formula IRA #1-Netease.com | | None | J | T | Buy | 09/10/12 | J | | |
| 391. | | | | | Buy (add'l) | 11/07/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. | | | | | Sold (part) | 10/05/12 | J | A | |
| 393. | | | | | Buy (add'l) | 12/07/12 | J | | |
| 394. Port Formula IRA #1-Newmarket Corp | A | Dividend | J | T | Buy | 11/07/12 | J | | |
| 395. | | | | | Sold (part) | 12/07/12 | J | A | |
| 396. Port Formula IRA #1-Nu Skin Asia Pacific | A | Dividend | J | T | Buy | 11/07/12 | J | | |
| 397. | | | | | Sold (part) | 12/07/12 | J | A | |
| 398. | | | | | Buy (add'l) | 12/07/12 | J | | |
| 399. Port Formula IRA #1-Panera Bread Company | | None | J | T | Buy | 09/10/12 | J | | |
| 400. | | | | | Buy (add'l) | 12/07/12 | J | | |
| 401. | | | | | Sold (part) | 11/07/12 | J | A | |
| 402. | | | | | Sold (part) | 10/05/12 | J | A | |
| 403. Port Formula IRA #1-Portfolio Recovery Associates Inc | | None | J | T | Buy | 09/10/12 | J | | |
| 404. | | | | | Sold (part) | 10/05/12 | J | A | |
| 405. | | | | | Buy (add'l) | 11/07/12 | J | | |
| 406. | | | | | Sold (part) | 12/07/12 | J | | |
| 407. Port Formula IRA #1-Triumph Group | A | Dividend | J | T | Buy | 10/05/12 | J | | |
| 408. | | | | | Sold (part) | 11/07/12 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 J =$15,000 or less | G =$100,001 - $1,000,000 K =$15,001 - $50,000 | H1 =$1,000,001 - $5,000,000 L =$50,001 - $100,000 | H2 =More than $5,000,000 M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. | | | | | Buy (add'l) | 11/07/12 | J | | |
| 410. | | | | | Sold (part) | 12/07/12 | J | A | |
| 411. Port Formula IRA #1-Accenture PLC Ireland | A | Dividend | J | T | Buy | 10/05/12 | J | | |
| 412. | | | | | Buy (add'l) | 11/07/12 | J | | |
| 413. | | | | | Sold (part) | 12/07/12 | J | A | |
| 414. Port Formula IRA #1-Federated Prime Management | A | Dividend | K | T | Buy | 09/06/12 | K | | |
| 415. | | | | | Buy (add'l) | 10/13/12 | J | | |
| 416. | | | | | Sold (part) | 11/05/12 | K | A | |
| 417. | | | | | Buy (add'l) | 12/05/12 | J | | |
| 418. | | | | | Buy (add'l) | 12/07/12 | K | | |
| 419. Port Formula IRA #1-Aflac inc | A | Dividend | J | T | Buy | 09/10/12 | J | | |
| 420. | | | | | Sold (part) | 11/07/12 | J | A | |
| 421. | | | | | Sold (part) | 12/07/12 | J | A | |
| 422. Port Formula IRA #1-Apollo Coml Real Estate | | None | J | T | Buy | 11/07/12 | J | | |
| 423. | | | | | Buy (add'l) | 12/07/12 | J | | |
| 424. Port Formula IRA #1-Applied Industrial Technologies | | None | J | T | Buy | 12/07/12 | J | | |
| 425. Port Formula IRA #1-Cnooc Limited | | None | J | T | Buy | 09/10/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. | | | | | Sold (part) | 10/05/12 | J | A | |
| 427. | | | | | Sold (part) | 10/05/12 | J | A | |
| 428. | | | | | Sold (part) | 11/07/12 | J | A | |
| 429. Port Formula IRA #1-Caci inc | | None | J | T | Buy | 12/07/12 | J | | |
| 430. Port Formula IRA #1-Cameco Corp | A | Dividend | J | T | Buy | 09/10/12 | J | | |
| 431. | | | | | Buy (add'l) | 10/05/12 | J | | |
| 432. | | | | | Buy (add'l) | 11/07/12 | J | | |
| 433. | | | | | Buy (add'l) | 12/07/12 | J | | |
| 434. Port Formula IRA #1-Capital Source Inc | A | Dividend | J | T | Buy | 11/07/12 | J | | |
| 435. | | | | | Sold (part) | 12/07/12 | J | A | |
| 436. Port Formula IRA #1-Chicago Bridge & Iron | A | Dividend | J | T | Buy | 10/05/12 | J | | |
| 437. | | | | | Sold (part) | 11/07/12 | J | A | |
| 438. | | | | | Buy (add'l) | 12/07/12 | J | | |
| 439. Port Formula IRA #1-Cisco Systems | A | Dividend | J | T | Buy | 09/10/12 | J | | |
| 440. | | | | | Buy (add'l) | 10/05/12 | J | | |
| 441. | | | | | Buy (add'l) | 11/07/12 | J | | |
| 442. | | | | | Sold (part) | 12/07/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. Port Formula IRA #1-Corning | | None | J | T | Buy | 12/07/12 | J | | |
| 444. Port Formula IRA #1-Cummins inc | A | Dividend | J | T | Buy | 09/10/12 | J | | |
| 445. | | | | | Buy (add'l) | 10/05/12 | J | | |
| 446. | | | | | Sold (part) | 11/07/12 | J | A | |
| 447. Port Formula IRA #1-Curtiss Wright Corporation | A | Dividend | J | T | Buy | 09/10/12 | J | | |
| 448. | | | | | Sold (part) | 10/05/12 | J | A | |
| 449. | | | | | Buy | 11/07/12 | J | | |
| 450. Port Formula IRA #1-DFC Global Corp | | None | J | T | Buy | 12/07/12 | J | | |
| 451. Port Formula IRA #1-Diamond Offshore Drill | A | Dividend | J | T | Buy | 09/10/12 | J | | |
| 452. | | | | | Sold (part) | 11/07/12 | J | A | |
| 453. Port Formula IRA #1-Directv | | None | J | T | Buy | 12/07/12 | J | | |
| 454. Port Formula IRA #1-East West Bancorp | | None | J | T | Buy | 12/07/12 | J | | |
| 455. Port Formula IRA #1-Fidelity National Title Group | A | Dividend | J | T | Buy | 11/07/12 | J | | |
| 456. | | | | | Sold (part) | 12/07/12 | J | A | |
| 457. Port Formula IRA #1-First American Finl Corp | A | Dividend | J | T | Buy | 11/07/12 | J | | |
| 458. | | | | | Sold (part) | 12/07/12 | J | A | |
| 459. Port Formula IRA #1-Focus Media Holding Limited | | None | J | T | Buy | 10/05/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. | | | | | Sold (part) | 11/07/12 | J | A | |
| 461. | | | | | Sold (part) | 12/07/12 | J | A | |
| 462. Port Formula IRA #1-Genesco Inc | | None | J | T | Buy | 12/07/12 | J | | |
| 463. Port Formula IRA #1-Halliburton Co | A | Dividend | J | T | Buy | 10/05/12 | J | | |
| 464. | | | | | Buy (add'l) | 11/07/12 | J | | |
| 465. Port Formula IRA #1-Helmerich & Payne | A | Dividend | J | T | Buy | 10/05/12 | J | | |
| 466. | | | | | Sold (part) | 11/07/12 | J | A | |
| 467. | | | | | Sold (part) | 12/07/12 | J | A | |
| 468. Port Formula IRA #1-Hollyfrontier corp | A | Dividend | J | T | Buy | 09/10/12 | J | | |
| 469. | | | | | Sold (part) | 10/05/12 | J | A | |
| 470. | | | | | Buy (add'l) | 11/07/12 | J | | |
| 471. | | | | | Sold (part) | 12/07/12 | J | A | |
| 472. Port Formula IRA #1-Ingredion Inc | | None | J | T | Buy | 12/07/12 | J | | |
| 473. Port Formula IRA #1-Intercontinental Hotels Group | | None | J | T | Buy | 12/07/12 | J | | |
| 474. Port Formula IRA #1-J2 Global Inc | | None | J | T | Buy | 12/07/12 | J | | |
| 475. Port Formula IRA #1-Krispy Kreme Doughnuts | | None | J | T | Buy | 12/07/12 | J | | |
| 476. Port Formula IRA #1-Kulicke & Soffa Industries | | None | J | T | Buy | 09/10/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 32 of 61

Name of Person Reporting

Foote, Elizabeth E.

Date of Report

05/14/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. | | | | | Buy (add'l) | 10/05/12 | J | | |
| 478. | | | | | Sold (part) | 11/07/12 | J | A | |
| 479. | | | | | Sold (part) | 12/07/12 | J | A | |
| 480. Port Formula IRA #1-Leapfrog Enterprises Inc | | None | J | T | Buy | 12/07/12 | J | | |
| 481. Port Formula IRA #1-Mens Warehouse | A | Dividend | J | T | Buy | 09/10/12 | J | | |
| 482. | | | | | Sold (part) | 10/05/12 | J | A | |
| 483. | | | | | Buy (add'l) | 11/07/12 | J | | |
| 484. | | | | | Buy (add'l) | 12/07/12 | J | | |
| 485. Port Formula IRA #1-NU Skin Asia Pacific | | None | J | T | Buy | 12/07/12 | J | | |
| 486. Port Formula IRA #1-Oshkosk Truck Corp | | None | J | T | Buy | 12/07/12 | J | | |
| 487. Port Formula IRA #1-Pennymac Mortgage Trust | A | Dividend | J | T | Buy | 09/10/12 | J | | |
| 488. | | | | | Buy (add'l) | 12/07/12 | J | | |
| 489. | | | | | Sold (part) | 10/05/12 | J | A | |
| 490. | | | | | Sold (part) | 11/07/12 | J | A | |
| 491. Port Formula IRA #1-Prosperity Bancshares | A | Dividend | J | T | Buy | 12/07/12 | J | | |
| 492. Port Formula IRA #1-Regal-Beloit Corp | | None | J | T | Buy | 11/07/12 | J | | |
| 493. Port Formula IRA #1-Reinsurance Group Amer | | None | J | T | Buy | 10/05/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. | | | | | Sold | 11/07/12 | J | A | |
| 495. | | | | | Buy | 12/07/12 | J | | |
| 496. Port Formula IRA #1-Reliance Steel & Aluminum | A | Dividend | J | T | Buy | 09/10/12 | J | | |
| 497. | | | | | Sold (part) | 11/07/12 | J | A | |
| 498. Port Formula IRA #1-Schweitzer-Mauduit International | A | Dividend | J | T | Buy | 09/10/12 | J | | |
| 499. | | | | | Sold (part) | 11/07/12 | J | A | |
| 500. | | | | | Sold (part) | 12/07/12 | J | A | |
| 501. Port Formula IRA #1-Sensient Technologies Corp | A | Dividend | J | T | Buy | 09/10/12 | J | | |
| 502. | | | | | Buy (add'l) | 12/07/12 | J | | |
| 503. | | | | | Sold (part) | 11/07/12 | J | A | |
| 504. Port Formula IRA #1-Spirit Airls Inc | | None | J | T | Buy | 10/05/12 | J | | |
| 505. | | | | | Sold (part) | 11/07/12 | J | A | |
| 506. | | | | | Buy (add'l) | 12/07/12 | J | | |
| 507. Port Formula IRA #1-Stryker Corp | A | Dividend | J | T | Buy | 09/10/12 | J | | |
| 508. | | | | | Buy (add'l) | 11/07/12 | J | | |
| 509. | | | | | Sold (part) | 10/05/12 | J | A | |
| 510. Port Formula IRA #1-Suncor Energy | A | Dividend | J | T | Buy | 09/10/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 34 of 61

Name of Person Reporting

Foote, Elizabeth E.

Date of Report

05/14/2013

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. | | | | | Buy (add'l) | 12/07/12 | J | | |
| 512. | | | | | Sold (part) | 10/05/12 | J | A | |
| 513. | | | | | Sold (part) | 11/07/12 | J | A | |
| 514. Port Formula IRA #1-Tenaris S.A. American | A | Dividend | J | T | Buy | 09/10/12 | J | | |
| 515. | | | | | Buy (add'l) | 11/07/12 | J | | |
| 516. | | | | | Sold (part) | 12/07/12 | J | A | |
| 517. Port Formula IRA #1-Tenneco Automotive | | None | J | T | Buy | 12/07/12 | J | | |
| 518. Port Formula IRA #1-US Bancorp Del Com New | | None | J | T | Buy | 10/05/12 | J | | |
| 519. | | | | | Sold (part) | 11/07/12 | J | A | |
| 520. | | | | | Buy (add'l) | 12/07/12 | J | | |
| 521. Port Formula IRA #1-USANA Health Sciences | | None | J | T | Buy | 11/07/12 | J | | |
| 522. | | | | | Buy (add'l) | 12/07/12 | J | | |
| 523. Port Formula IRA #1-Unitedhealth Group | A | Dividend | J | T | Buy | 09/10/12 | J | | |
| 524. | | | | | Buy | 12/07/12 | J | | |
| 525. Port Formula IRA #1-Valmont Industries | A | Dividend | J | T | Buy | 09/10/12 | J | | |
| 526. | | | | | Sold (part) | 11/07/12 | J | A | |
| 527. Port Formula IRA #1-Garmin Ltd Shs | A | Dividend | J | T | Buy | 09/10/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 35 of 61

Name of Person Reporting

Foote, Elizabeth E.

Date of Report

05/14/2013

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. | | | | | Sold (part) | 10/05/12 | J | A | |
| 529. | | | | | Buy | 11/07/12 | J | | |
| 530. | | | | | Sold (part) | 12/07/12 | J | A | |
| 531. Port Formula IRA #1-COPA Holdings | A | Dividend | J | T | Buy | 09/10/12 | J | | |
| 532. | | | | | Buy (add'l) | 12/07/12 | J | | |
| 533. | | | | | Sold (part) | 10/05/12 | J | A | |
| 534. | | | | | Sold (part) | 11/07/12 | J | A | |
| 535. Port Formula IRA #1-Comerica Inc | A | Dividend | | | Buy | 09/10/12 | J | | |
| 536. | | | | | Sold | 10/05/12 | J | A | |
| 537. Port Formula IRA #1-Unifirst Corp | A | Dividend | | | Buy | 09/10/12 | J | | |
| 538. | | | | | Sold | 10/05/12 | J | A | |
| 539. Port Formula IRA #1-Wells Fargo | | None | | | Buy | 09/10/12 | J | | |
| 540. | | | | | Sold | 10/05/12 | J | A | |
| 541. Port Formula IRA #1-Chubb Corp | A | Dividend | | | Buy | 09/10/12 | J | | |
| 542. | | | | | Sold | 10/05/12 | J | A | |
| 543. Port Formula IRA #1-Apple Computer | | None | | | Buy | 09/10/12 | J | | |
| 544. | | | | | Sold | 10/05/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. Port Formula IRA #1-Western Digital Corp | A | Dividend | | | Buy | 09/10/12 | J | | |
| 546. | | | | | Sold | 10/05/12 | J | A | |
| 547. Port Formula IRA #1-Pier 1 Imports | | None | | | Buy | 09/10/12 | J | | |
| 548. | | | | | Sold | 10/05/12 | J | A | |
| 549. Port Formula IRA #1-Convergys Corp | A | Dividend | | | Buy | 09/10/12 | J | | |
| 550. | | | | | Sold | 10/05/12 | J | A | |
| 551. Port Formula IRA #1-PDL Biopharma Inc | | None | | | Buy | 09/10/12 | J | | |
| 552. | | | | | Sold (part) | 10/05/12 | J | A | |
| 553. | | | | | Sold | 11/07/12 | J | A | |
| 554. Port Formula IRA #1-AECom Technology Corp | | None | | | Buy | 09/10/12 | J | | |
| 555. | | | | | Sold (part) | 10/05/12 | J | A | |
| 556. | | | | | Sold | 11/07/12 | J | A | |
| 557. Port Formula IRA #1-PNC Financial Services Group | | None | | | Buy | 09/10/12 | J | | |
| 558. | | | | | Sold | 10/05/12 | J | A | |
| 559. Port Formula IRA #1-Idacorp | | None | | | Buy | 09/10/12 | J | | |
| 560. | | | | | Sold | 10/05/12 | J | A | |
| 561. Port Formula IRA #1-Proassurance Corporation | A | Dividend | | | Buy | 09/10/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting

Foote, Elizabeth E.

Date of Report

05/14/2013

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. | | | | | Sold | 10/05/12 | J | A | |
| 563. Port Formula IRA #1-Keycorp | | None | | | Buy | 09/10/12 | J | | |
| 564. | | | | | Sold | 10/05/12 | J | A | |
| 565. Port Formula IRA #1-PNM Resources | | None | | | Buy | 09/10/12 | J | | |
| 566. | | | | | Sold | 10/05/12 | J | A | |
| 567. Port Formula IRA #1-KBR Inc | A | Dividend | | | Buy | 09/10/12 | J | | |
| 568. | | | | | Sold | 10/05/12 | J | A | |
| 569. Port Formula IRA #1-Medtronics Inc | A | Dividend | | | Buy | 09/10/12 | J | | |
| 570. | | | | | Sold | 10/05/12 | J | A | |
| 571. | | | | | Buy | 11/07/12 | J | | |
| 572. | | | | | Sold | 12/07/12 | J | A | |
| 573. Port Formula IRA #1-First Cash Financial Services | | None | | | Buy | 09/10/12 | J | | |
| 574. | | | | | Sold | 10/05/12 | J | A | |
| 575. | | | | | Buy | 11/07/12 | J | | |
| 576. | | | | | Sold | 12/07/12 | J | A | |
| 577. Port Formula IRA #1-Cabot Corp | | None | | | Buy | 09/10/12 | J | | |
| 578. | | | | | Sold (part) | 10/05/12 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. | | | | | Sold | 11/07/12 | J | A | |
| 580. Port Formula IRA #1-Sasol Limited Adss | A | Dividend | | | Buy | 09/10/12 | J | | |
| 581. | | | | | Sold | 10/05/12 | J | A | |
| 582. | | | | | Buy | 11/07/12 | J | | |
| 583. | | | | | Sold | 12/07/12 | J | A | |
| 584. Port Formula IRA #1-Owens & Minor Inc | A | Dividend | | | Buy | 09/10/12 | J | | |
| 585. | | | | | Sold | 10/05/12 | J | A | |
| 586. Port Formula IRA #1-Barnes Group Incorp | | None | | | Buy | 09/10/12 | J | | |
| 587. | | | | | Sold (part) | 10/05/12 | J | A | |
| 588. | | | | | Sold | 11/07/12 | J | A | |
| 589. Port Formula IRA #1-Intel Corp | A | Dividend | | | Buy | 09/10/12 | J | | |
| 590. | | | | | Sold | 10/05/12 | J | A | |
| 591. | | | | | Buy | 11/07/12 | J | | |
| 592. | | | | | Sold | 12/07/12 | J | A | |
| 593. Port Formula IRA #1-Steris Corp | | None | | | Buy | 09/10/12 | J | | |
| 594. | | | | | Sold (part) | 10/05/12 | J | A | |
| 595. | | | | | Sold | 11/07/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Foote, Elizabeth E.

05/14/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. Port Formula IRA #1-Silicon Motion Technology | | None | | | Buy | 09/10/12 | J | | |
| 597. | | | | | Buy (add'l) | 10/05/12 | J | | |
| 598. | | | | | Buy (add'l) | 11/07/12 | J | | |
| 599. | | | | | Sold | 12/07/12 | J | A | |
| 600. Port Formula IRA #1-LKQ Corporation | | None | | | Buy | 10/05/12 | J | | |
| 601. | | | | | Sold | 11/07/12 | J | A | |
| 602. Port Formula IRA #1-Ezcorp Inc | | None | | | Buy | 09/10/12 | J | | |
| 603. | | | | | Buy (add'l) | 10/05/12 | J | | |
| 604. | | | | | Buy (add'l) | 11/07/12 | J | | |
| 605. | | | | | Sold | 12/07/12 | J | A | |
| 606. Port Formula IRA #1-Kennametal Inc. | A | Dividend | | | Buy | 09/10/12 | J | | |
| 607. | | | | | Buy (add'l) | 10/05/12 | J | | |
| 608. | | | | | Sold | 11/07/12 | J | A | |
| 609. Port Formula IRA #1-American Express | A | Dividend | | | Buy | 10/05/12 | J | | |
| 610. | | | | | Sold | 11/07/12 | J | A | |
| 611. Port Formula IRA #1-Signet Jewelers Limited | A | Dividend | | | Buy | 10/05/12 | J | | |
| 612. | | | | | Sold | 11/07/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting

Date of Report

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. Port Formula IRA #1-Albemarle Corporation | | None | | | Buy | 10/05/12 | J | | |
| 614. | | | | | Sold | 11/07/12 | J | A | |
| 615. Port Formula IRA #1-Timken Co | A | Dividend | | | Buy | 09/10/12 | J | | |
| 616. | | | | | Buy (add'l) | 10/05/12 | J | | |
| 617. | | | | | Sold (part) | 11/07/12 | J | A | |
| 618. | | | | | Sold | 12/07/12 | J | A | |
| 619. Port Formula IRA #1-UTD Therapeutical | | None | | | Buy | 10/05/12 | J | | |
| 620. | | | | | Sold | 11/07/12 | J | A | |
| 621. Port Formula IRA #1-Turkcell Iletism | | None | | | Buy | 10/05/12 | J | | |
| 622. | | | | | Sold | 11/07/12 | J | A | |
| 623. Port Formula IRA #1- Aspen Insurance Holdings | | None | | | Buy | 10/05/12 | J | | |
| 624. | | | | | Sold | 11/07/12 | J | A | |
| 625. Port Formula IRA #1-Kapstone Paper & Packaging | | None | | | Buy | 10/05/12 | J | | |
| 626. | | | | | Sold | 11/07/12 | J | A | |
| 627. Port Formula IRA #1-Metlife Inc | | None | | | Buy | 09/10/12 | J | | |
| 628. | | | | | Buy (add'l) | 10/05/12 | J | | |
| 629. | | | | | Sold | 11/07/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630. Port Formula IRA #1-Medicines Company | | None | | | Buy | 09/10/12 | J | | |
| 631. | | | | | Buy (add'l) | 10/05/12 | J | | |
| 632. | | | | | Sold | 11/07/12 | J | A | |
| 633. Port Formula IRA #1-Oil States International | | None | | | Buy | 10/05/12 | J | | |
| 634. | | | | | Sold | 11/07/12 | J | A | |
| 635. Port Formula IRA #1-Cash Account | A | Interest | J | T | Open | 08/15/12 | M | | |
| 636. | | | | | Redeemed (part) | 09/06/12 | M | | |
| 637. Port Formula IRA #1-Kohl's Corporation | A | Dividend | | | Buy | 09/10/12 | J | | |
| 638. | | | | | Sold (part) | 11/07/12 | J | A | |
| 639. | | | | | Sold | 12/07/12 | J | A | |
| 640. Port Formula IRA #1-Carbo Ceramicx | | None | | | Buy | 11/07/12 | J | | |
| 641. | | | | | Sold | 12/07/12 | J | A | |
| 642. Port Formula IRA #1-Cash America International | A | Dividend | | | Buy | 11/07/12 | J | | |
| 643. | | | | | Sold | 12/07/12 | J | A | |
| 644. Port Formula IRA #1-Adtran | | None | | | Buy | 11/07/12 | J | | |
| 645. | | | | | Sold | 12/07/12 | J | A | |
| 646. Port Formula IRA #1-Baker Hughes | | None | | | Buy | 11/07/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647. | | | | | Sold | 12/07/12 | J | A | |
| 648. Port Formula IRA #1-Questcor Pharmaceuticals | | None | | | Buy | 11/07/12 | J | | |
| 649. | | | | | Sold | 12/07/12 | J | A | |
| 650. Port Formula IRA #1-Monster Beverage Corp | | None | | | Buy | 11/07/12 | J | | |
| 651. | | | | | Sold | 12/07/12 | J | A | |
| 652. Port Formula IRA #1-Gamestop Corp | A | Dividend | | | Buy | 11/07/12 | J | | |
| 653. | | | | | Sold | 12/07/12 | J | A | |
| 654. Port Formula IRA #1-Valassis | | None | | | Buy | 11/07/12 | J | | |
| 655. | | | | | Sold | 12/07/12 | J | A | |
| 656. Port Formula IRA #1-Staples | | None | | | Buy | 11/07/12 | J | | |
| 657. | | | | | Sold | 12/07/12 | J | A | |
| 658. Port Formula IRA #1- Dover Corporation | A | Dividend | | | Buy | 11/07/12 | J | | |
| 659. | | | | | Sold | 12/07/12 | J | A | |
| 660. Port Formula IRA #1-Tyson Foods | A | Dividend | | | Buy | 11/07/12 | J | | |
| 661. | | | | | Sold | 12/07/12 | J | A | |
| 662. Port Formula IRA #1-Church & Dwight Co inc | A | Dividend | | | Buy | 11/07/12 | J | | |
| 663. | | | | | Sold | 12/07/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Foote, Elizabeth E.

05/14/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664.  Port Formula IRA #1-Gentex Corp | | None | | | Buy | 11/07/12 | J | | |
| 665. | | | | | Sold | 12/07/12 | J | A | |
| 666.  Port Formula IRA #1-Joy Global | A | Dividend | | | Buy | 11/07/12 | J | | |
| 667. | | | | | Sold | 12/07/12 | J | A | |
| 668.  Port Formula IRA #1-Axis Capital Holdings | | None | | | Buy | 11/07/12 | J | | |
| 669. | | | | | Sold | 12/07/12 | J | A | |
| 670.  Port Formula IRA #1-Changyou.com Limited | | None | | | Buy | 11/07/12 | J | | |
| 671. | | | | | Sold | 12/07/12 | J | A | |
| 672.  Port Formula IRA #2- Alon USA Energy | A | Dividend | J | T | Buy | 11/07/12 | J | | |
| 673. | | | | | Sold (part) | 12/07/12 | J | A | |
| 674.  Port Formula IRA #2- Altisource Residential Corp | A | Dividend | J | T | Spinoff (from line 731) | 12/21/12 | J | | |
| 675.  Port Formula IRA #2- Altisource Asset Mgmt | | None | J | T | Spinoff (from line 731) | 12/21/12 | J | | |
| 676. | | | | | Sold (part) | 12/26/12 | J | A | |
| 677.  Port Formula IRA #2- Arctic Cat inc | | None | J | T | Buy | 11/07/12 | J | | |
| 678. | | | | | Sold (part) | 12/07/12 | J | A | |
| 679.  Port Formula IRA #2-Beacon Roofing Supply Inc. | | None | J | T | Buy | 11/07/12 | J | | |
| 680. | | | | | Sold (part) | 12/07/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681. Port Formula IRA #2-Beazer Homes USA | | None | J | T | Buy | 11/07/12 | J | | |
| 682. | | | | | Buy (add'l) | 12/07/12 | J | | |
| 683. Port Formula IRA #2-Bio-Reference Laboratories inc. | | None | J | T | Buy | 11/07/12 | J | | |
| 684. | | | | | Sold (part) | 12/07/12 | J | A | |
| 685. Port Formula IRA #2-Brown Shoe Company | A | Dividend | J | T | Buy | 11/07/12 | J | | |
| 686. | | | | | Sold (part) | 12/07/12 | J | A | |
| 687. Port Formula IRA #2-Chemtura Corp | | None | J | T | Buy | 12/07/12 | J | | |
| 688. Port Formula IRA #2-Computer Sciences | | None | J | T | Buy | 12/07/12 | J | | |
| 689. Port Formula IRA #2-Conn's inc. | | None | J | T | Buy | 11/07/12 | J | | |
| 690. | | | | | Sold (part) | 12/07/12 | J | A | |
| 691. Port Formula IRA #2-Cooper Tire and Rubber | | None | J | T | Buy | 12/07/12 | J | | |
| 692. Port Formula IRA #2-Delek US Hldgs | | None | J | T | Buy | 12/07/12 | J | | |
| 693. Port Formula IRA #2-Ellie Mae inc. | | None | J | T | Buy | 12/07/12 | J | | |
| 694. Port Formula IRA #2-Exterran Holdings | | None | J | T | Buy | 12/07/12 | J | | |
| 695. Port Formula IRA #2-Fidelity National Title Group | A | Dividend | J | T | Buy | 11/07/12 | J | | |
| 696. | | | | | Sold (part) | 12/07/12 | J | A | |
| 697. Port Formula IRA #2-Generac Hldgs inc | | None | J | T | Buy | 12/07/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**     Name of Person Reporting     Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698. Port Formula IRA #2-Green Mountain Coffee | | None | J | T | Buy | 12/07/12 | J | | |
| 699. Port Formula IRA #2-Headwaters Incorporated | | None | J | T | Buy | 12/07/12 | J | | |
| 700. Port Formula IRA #2-Hot Topic | A | Dividend | J | T | Buy | 12/07/12 | J | | |
| 701. Port Formula IRA #2-Hovnanian Enterprises inc. | | None | J | T | Buy | 12/07/12 | J | | |
| 702. Port Formula IRA #2-Kayak Software Corp | | None | J | T | Buy | 12/07/12 | J | | |
| 703. Port Formula IRA #2-KB Homes Com | | None | J | T | Buy | 11/07/12 | J | | |
| 704. | | | | | Buy (add'l) | 12/07/12 | J | | |
| 705. Port Formula IRA #2-Leapfrog Enterprises Inc. | | None | J | T | Buy | 12/07/12 | J | | |
| 706. Port Formula IRA #2-MDC Holdings | A | Dividend | J | T | Buy | 12/07/12 | J | | |
| 707. Port Formula IRA #2-M/I Schottenstein Homes | | None | J | T | Buy | 11/07/12 | J | | |
| 708. | | | | | Sold (part) | 12/07/12 | J | A | |
| 709. Port Formula IRA #2-MWI Veterinary Supply | | None | J | T | Buy | 12/07/12 | J | | |
| 710. Port Formula IRA #2-Marriott Vacations Worldwide | | None | J | T | Buy | 12/07/12 | J | | |
| 711. Port Formula IRA #2-Metropolitan Health Network | | None | J | T | Buy | 12/07/12 | J | | |
| 712. Port Formula IRA #2-Nacco Industries Inc. | A | Dividend | J | T | Buy | 11/07/12 | J | | |
| 713. | | | | | Sold (part) | 12/07/12 | J | A | |
| 714. Port Formula IRA #2-Nam Tai Electronics | | None | J | T | Buy | 12/07/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715. Port Formula IRA #2-Officemax Incorporated | | None | J | T | Buy | 12/07/12 | J | | |
| 716. Port Formula IRA #2-On Assignment | | None | J | T | Buy | 11/07/12 | J | | |
| 717. | | | | | Sold (part) | 12/07/12 | J | A | |
| 718. Port Formula IRA #2-Pilgrims Pride Corp | | None | J | T | Buy | 12/07/12 | J | | |
| 719. Port Formula IRA #2-Ryland Group inc. | | None | J | T | Buy | 11/07/12 | J | | |
| 720. | | | | | Sold (part) | 12/07/12 | J | A | |
| 721. Port Formula IRA #2-Sanderson Farms | | None | J | T | Buy | 12/07/12 | J | | |
| 722. Port Formula IRA #2-Stage Stores inc. | A | Dividend | J | T | Buy | 11/07/12 | J | | |
| 723. | | | | | Sold (part) | 12/07/12 | J | A | |
| 724. Port Formula IRA #2-Stewart Information Services | A | Dividend | J | T | Buy | 12/07/12 | J | | |
| 725. Port Formula IRA #2-Sunrise Asstd Living | | None | J | T | Buy | 12/07/12 | J | | |
| 726. Port Formula IRA #2-Thor Industries | A | Dividend | J | T | Buy | 12/07/12 | J | | |
| 727. Port Formula IRA #2-Tumi Hldgs | | None | J | T | Buy | 12/07/12 | J | | |
| 728. Port Formula IRA #2-Vitamin Shoppe | | None | J | T | Buy | 11/07/12 | J | | |
| 729. | | | | | Sold (part) | 12/07/12 | J | A | |
| 730. Port Formula IRA #2-Michael Kors Hldgs | | None | J | T | Buy | 12/07/12 | J | | |
| 731. Port Formula IRA #2-Altisource Portfolio Solutions | | None | J | T | Buy | 11/07/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 732. | | | | | Sold (part) | 12/07/12 | J | A | |
| 733. Port Formula IRA #2-Allegiant Travel Company | None | J | T | | Buy | 12/07/12 | J | | |
| 734. Port Formula IRA #2-Bed Bath & Beyond | None | J | T | | Buy | 11/07/12 | J | | |
| 735. | | | | | Sold (part) | 12/07/12 | J | A | |
| 736. Port Formula IRA #2-Comcast Corp | None | J | T | | Buy | 11/07/12 | J | | |
| 737. | | | | | Sold (part) | 12/07/12 | J | A | |
| 738. Port Formula IRA #2-Dollar Tree Inc. | None | J | T | | Buy | 11/07/12 | J | | |
| 739. | | | | | Sold (part) | 12/07/12 | J | A | |
| 740. Port Formula IRA #2-F5 Networks | None | J | T | | Buy | 11/07/12 | J | | |
| 741. | | | | | Sold (part) | 12/07/12 | J | A | |
| 742. Port Formula IRA #2-Genuine Parts Co | None | J | T | | Buy | 11/07/12 | J | | |
| 743. | | | | | Sold (part) | 12/07/12 | J | | |
| 744. Port Formula IRA #2-Hibbett Sports inc. | None | J | T | | Buy | 11/07/12 | J | | |
| 745. | | | | | Sold (part) | 12/07/12 | J | A | |
| 746. Port Formula IRA #2-Intutive Surgical inc. | None | J | T | | Buy | 11/07/12 | J | | |
| 747. | | | | | Sold (part) | 12/07/12 | J | A | |
| 748. Port Formula IRA #2-Netease.com | None | J | T | | Buy | 11/07/12 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS –– income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐　NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 749. | | | | | Buy (add'l) | 12/07/12 | J | | |
| 750.　Port Formula IRA #2-Newmarket Corporation | A | Dividend | J | T | Buy | 11/07/12 | J | | |
| 751. | | | | | Sold (part) | 12/07/12 | J | A | |
| 752.　Port Formula IRA #2-Nu Skin Asia Pacific | A | Dividend | J | T | Buy | 11/07/12 | J | | |
| 753. | | | | | Buy (add'l) | 12/07/12 | J | | |
| 754. | | | | | Sold (part) | 12/07/12 | J | A | |
| 755.　Port Formula IRA #2-Panera Bread | | None | J | T | Buy | 12/07/12 | J | | |
| 756.　Port Formula IRA #2-Portfolio Recovery Associates | | None | J | T | Buy | 11/07/12 | J | | |
| 757. | | | | | Sold (part) | 12/07/12 | J | A | |
| 758.　Port Formula IRA #2-Triumph Group Inc. | A | Dividend | J | T | Buy | 11/07/12 | J | | |
| 759. | | | | | Sold (part) | 12/07/12 | J | A | |
| 760.　Port Formula IRA #2-Accenture PLC Ireland | | None | J | T | Buy | 11/07/12 | J | | |
| 761. | | | | | Sold (part) | 12/07/12 | J | A | |
| 762.　Port Formula IRA #2-Federated Prime Mgmt | A | Dividend | K | T | Buy | 12/05/12 | J | | |
| 763. | | | | | Buy (add'l) | 12/07/12 | J | | |
| 764.　Port Formula IRA #2- Cash Account | A | Interest | J | T | Open | 10/15/12 | M | | |
| 765. | | | | | Redeemed (part) | 11/07/12 | M | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 766. Port Formula IRA #2-Aflac Inc | A | Dividend | J | T | Buy | 11/07/12 | J | | |
| 767. | | | | | Sold (part) | 12/07/12 | J | A | |
| 768. Port Formula IRA #2-Apollo Coml Real Estate | | None | J | T | Buy | 11/07/12 | J | | |
| 769. | | | | | Buy (add'l) | 12/07/12 | J | | |
| 770. Port Formula IRA #2-Applied Industrial Technologies | | None | J | T | Buy | 12/07/12 | J | | |
| 771. Port Formula IRA #2-Cnooc Limited | | None | J | T | Buy | 11/07/12 | J | | |
| 772. Port Formula IRA #2-Caci inc | | None | J | T | Buy | 12/07/12 | J | | |
| 773. Port Formula IRA #2-Cameco Corporation | | None | J | T | Buy | 11/07/12 | J | | |
| 774. | | | | | Buy (add'l) | 12/07/12 | J | | |
| 775. Port Formula IRA #2-Capital Source Inc | A | Dividend | J | T | Buy | 11/07/12 | J | | |
| 776. Port Formula IRA #2-Chicago Bridge & Iron Company | A | Dividend | J | T | Buy | 12/07/12 | J | | |
| 777. Port Formula IRA #2-Cisco Systems | A | Dividend | J | T | Buy | 11/07/12 | J | | |
| 778. | | | | | Sold (part) | 12/07/12 | J | A | |
| 779. Port Formula IRA #2-Corning | | None | J | T | Buy | 12/07/12 | J | | |
| 780. Port Formula IRA #2-Cummins Inc. | A | Dividend | J | T | Buy | 11/07/12 | J | | |
| 781. | | | | | Buy (add'l) | 12/07/12 | J | | |
| 782. Port Formula IRA #2-Curtiss Wright Corporation | A | Dividend | J | T | Buy | 11/07/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT     Name of Person Reporting     Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 783. 3Port Formula IRA #2-DFC Global Corp | | None | J | T | Buy | 12/07/12 | J | | |
| 784. Port Formula IRA #2-Diamond Offshore Drill | | None | J | T | Buy | 11/07/12 | J | | |
| 785. Port Formula IRA #2-Directv | | None | J | T | Buy | 12/07/12 | J | | |
| 786. Port Formula IRA #2-East West Bancorp | | None | J | T | Buy | 12/07/12 | J | | |
| 787. Port Formula IRA #2-Fidelity National Title Group | | None | J | T | Buy | 12/07/12 | J | | |
| 788. Port Formula IRA #2-First American Finl Corp | A | Dividend | J | T | Buy | 11/07/12 | J | | |
| 789. | | | | | Sold (part) | 12/07/12 | J | A | |
| 790. Port Formula IRA #2-Focus Media Holding Limited | | None | J | T | Buy | 11/07/12 | J | | |
| 791. Port Formula IRA #2-Genesco inc | | None | J | T | Buy | 12/07/12 | J | | |
| 792. Port Formula IRA #2-Halliburton | A | Dividend | J | T | Buy | 11/07/12 | J | | |
| 793. Port Formula IRA #2-Helmerich & Payne | A | Dividend | J | T | Buy | 11/07/12 | J | | |
| 794. | | | | | Sold (part) | 12/07/12 | J | A | |
| 795. Port Formula IRA #2-Hollyfrontier Corp | A | Dividend | J | T | Buy | 11/07/12 | J | | |
| 796. | | | | | Sold (part) | 12/07/12 | J | A | |
| 797. Port Formula IRA #2-Ingredion inc. | | None | J | T | Buy | 12/07/12 | J | | |
| 798. Port Formula IRA #2-Intercontinental Hotels Group | | None | J | T | Buy | 12/07/12 | J | | |
| 799. Port Formula IRA #2-J2 Global | | None | J | T | Buy | 12/07/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 800. Port Formula IRA #2-Krispy Kreme Doughnuts | | None | J | T | Buy | 12/07/12 | J | | |
| 801. Port Formula IRA #2-Kulicke & Soffa | | None | J | T | Buy | 11/07/12 | J | | |
| 802. | | | | | Sold (part) | 12/07/12 | J | A | |
| 803. Port Formula IRA #2-Leapfrog Enterprises | | None | J | T | Buy | 11/07/12 | J | | |
| 804. Port Formula IRA #2-Mens Warehouse | A | Dividend | J | T | Buy | 11/07/12 | J | | |
| 805. | | | | | Buy (add'l) | 12/07/12 | J | | |
| 806. Port Formula IRA #2-Nu Skin Asia Pacific | | None | J | T | Buy | 12/07/12 | J | | |
| 807. Port Formula IRA #2-Oshkosk Truck Corp | | None | J | T | Buy | 12/07/12 | J | | |
| 808. Port Formula IRA #2-Pennymac Mortgage | A | Dividend | J | T | Buy | 11/07/12 | J | | |
| 809. | | | | | Buy (add'l) | 12/07/12 | J | | |
| 810. Port Formula IRA #2-Prosperity Bancshares | A | Dividend | J | T | Buy | 12/07/12 | J | | |
| 811. Port Formula IRA #2-Regal-Beloit Corporation | | None | J | T | Buy | 11/07/12 | J | | |
| 812. Port Formula IRA #2-Reinsurance Group Amer inc | | None | J | T | Buy | 12/07/12 | J | | |
| 813. Port Formula IRA #2-Reliance Steel & Aluminum | A | Dividend | J | T | Buy | 11/07/12 | J | | |
| 814. Port Formula IRA #2-Schweitzer-Mauuit | A | Dividend | J | T | Buy | 11/07/12 | J | | |
| 815. | | | | | Sold (part) | 12/07/12 | J | A | |
| 816. Port Formula IRA #2-Sensient Technologies | A | Dividend | J | T | Buy | 11/07/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 817. | | | | | Buy (add'l) | 12/07/12 | J | | |
| 818. Port Formula IRA #2-Spirit Airls inc | | None | J | T | Buy | 11/07/12 | J | | |
| 819. | | | | | Buy (add'l) | 12/07/12 | J | | |
| 820. Port Formula IRA #2-Stryker Corp | | None | J | T | Buy | 11/07/12 | J | | |
| 821. | | | | | Sold (part) | 12/07/12 | J | A | |
| 822. Port Formula IRA #2-Suncor Energy | A | Dividend | J | T | Buy | 11/07/12 | J | | |
| 823. | | | | | Buy (add'l) | 12/07/12 | J | | |
| 824. Port Formula IRA #2-Tenaris S.A. | A | Dividend | J | T | Buy | 11/07/12 | J | | |
| 825. | | | | | Sold (part) | 12/07/12 | J | A | |
| 826. Port Formula IRA #2-Tenneco Automotive | | None | J | T | Buy | 12/07/12 | J | | |
| 827. Port Formula IRA #2-US Bancorp | | None | J | T | Buy | 12/07/12 | J | | |
| 828. Port Formula IRA #2-USANA Health Sciences | | None | J | T | Buy | 11/07/12 | J | | |
| 829. | | | | | Buy (add'l) | 12/07/12 | J | | |
| 830. Port Formula IRA #2-Unitedhealth Group | A | Dividend | J | T | Buy | 11/07/12 | J | | |
| 831. | | | | | Buy (add'l) | 12/07/12 | J | | |
| 832. Port Formula IRA #2-Valmont Industries | | None | J | T | Buy | 11/07/12 | J | | |
| 833. Port Formula IRA #2-Garmin Ltd. | A | Dividend | J | T | Buy | 11/07/12 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐     NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 834. | | | | | Sold (part) | 12/07/12 | J | A | |
| 835.  Port Formula IRA #2-Copa holdings | A | Dividend | J | T | Buy | 12/07/12 | J | | |
| 836.  Port Formula IRA #2-Whirl Pool Corp | A | Dividend | | | Buy | 11/07/12 | J | | |
| 837. | | | | | Sold | 12/07/12 | J | A | |
| 838.  Port Formula IRA #2-Carbo Ceramics | | None | | | Buy | 11/07/12 | J | | |
| 839. | | | | | Sold | 12/07/12 | J | A | |
| 840.  Port Formula IRA #2-Cash America International | A | Dividend | | | Buy | 11/07/12 | J | | |
| 841. | | | | | Sold | 12/07/12 | J | A | |
| 842.  Port Formula IRA #2-Adtran Inc | | None | | | Buy | 11/07/12 | J | | |
| 843. | | | | | Sold | 12/07/12 | J | A | |
| 844.  Port Formula IRA #2-Baker Hughes | | None | | | Buy | 11/07/12 | J | | |
| 845. | | | | | Sold | 12/07/12 | J | A | |
| 846.  Port Formula IRA #2-Zale Corp | | None | | | Buy | 11/07/12 | J | | |
| 847. | | | | | Sold | 12/07/12 | J | A | |
| 848.  Port Formula IRA #2-Asbury Automotive Group | | None | | | Buy | 11/07/12 | J | | |
| 849. | | | | | Sold | 12/07/12 | J | A | |
| 850.  Port Formula IRA #2-Lumber Liquidators Hldgs | | None | | | Buy | 11/07/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 851. | | | | | Sold | 12/07/12 | J | A | |
| 852.  Port Formula IRA #2-Kohl's Corporation | A | Dividend | | | Buy | 11/07/12 | J | | |
| 853. | | | | | Sold | 12/07/12 | J | A | |
| 854.  Port Formula IRA #2-Questcor Pharmaceuticals | | None | | | Buy | 11/07/12 | J | | |
| 855. | | | | | Sold | 12/07/12 | J | A | |
| 856.  Port Formula IRA #2-Meritage Home Corp | | None | | | Buy | 11/07/12 | J | | |
| 857. | | | | | Sold | 12/07/12 | J | A | |
| 858.  Port Formula IRA #2- Intel | A | Dividend | | | Buy | 11/07/12 | J | | |
| 859. | | | | | Sold | 12/07/12 | J | A | |
| 860.  Port Formula IRA #2-Silicon Motion Technology | | None | | | Buy | 11/07/12 | J | | |
| 861. | | | | | Sold | 12/07/12 | J | A | |
| 862.  Port Formula IRA #2-Servicenow Inc | | None | | | Buy | 11/07/12 | J | | |
| 863. | | | | | Sold | 12/07/12 | J | A | |
| 864.  Port Formula IRA #2-Monster Beverage Corp | | None | | | Buy | 11/07/12 | J | | |
| 865. | | | | | Sold | 12/07/12 | J | A | |
| 866.  Port Formula IRA #2-Gamestop Corp | A | Dividend | | | Buy | 11/07/12 | J | | |
| 867. | | | | | Sold | 12/07/12 | J | A | |

1. Income Gain Codes:          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes                 J =$15,000 or less        K =$15,001 - $50,000       L =$50,001 - $100,000          M =$100,001 - $250,000
   (See Columns C1 and D3)     N =$250,001 - $500,000    O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
                               P3 =$25,000,001 - $50,000,000                        P4 =More than $50,000,000
3. Value Method Codes          Q =Appraisal              R =Cost (Real Estate Only) S =Assessment                  T =Cash Market
   (See Column C2)             U =Book Value             V =Other                   W =Estimated

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2013 |

Foote, Elizabeth E.                    05/14/2013

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 868. Port Formula IRA #2-Valassis Communications | | None | | | Buy | 11/07/12 | J | | |
| 869. | | | | | Sold | 12/07/12 | J | A | |
| 870. Port Formula IRA #2-Staples Inc | | None | | | Buy | 11/07/12 | J | | |
| 871. | | | | | Sold | 12/07/12 | J | A | |
| 872. Port Formula IRA #2-Dover Corp | A | Dividend | | | Buy | 11/07/12 | J | | |
| 873. | | | | | Sold | 12/07/12 | J | A | |
| 874. Port Formula IRA #2-Tyson Foods | A | Dividend | | | Buy | 11/07/12 | J | | |
| 875. | | | | | Sold | 12/07/12 | J | A | |
| 876. Port Formula IRA #2- Ezcorp Inc | | None | | | Buy | 11/07/12 | J | | |
| 877. | | | | | Sold | 12/07/12 | J | A | |
| 878. Port Formula IRA #2-Privatebancorp | | None | | | Buy | 11/07/12 | J | | |
| 879. | | | | | Sold | 12/07/12 | J | A | |
| 880. Port Formula IRA #2-Church & Dwight Co | A | Dividend | | | Buy | 11/07/12 | J | | |
| 881. | | | | | Sold | 12/07/12 | J | A | |
| 882. Port Formula IRA #2-Affymax Inc | | None | | | Buy | 11/07/12 | J | | |
| 883. | | | | | Sold | 12/07/12 | J | A | |
| 884. Port Formula IRA #2-Calumet Specialty Products | | None | | | Buy | 11/07/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Date of Report

Page 56 of 61

Foote, Elizabeth E.

05/14/2013

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 885. | | | | | Sold | 12/07/12 | J | A | |
| 886. Port Formula IRA #2-Red Robin Gourmet Burgers | | None | | | Buy | 11/07/12 | J | | |
| 887. | | | | | Sold | 12/07/12 | J | A | |
| 888. Port Formula IRA #2- US Airways Group | | None | | | Buy | 11/07/12 | J | | |
| 889. | | | | | Sold | 12/07/12 | J | A | |
| 890. Port Formula IRA #2- Enersys | | None | | | Buy | 11/07/12 | J | | |
| 891. | | | | | Sold | 12/07/12 | J | A | |
| 892. Port Formula IRA #2- Papa Johns International | | None | | | Buy | 11/07/12 | J | | |
| 893. | | | | | Sold | 12/07/12 | J | A | |
| 894. Port Formula IRA #2-Gentex Corp | | None | | | Buy | 11/07/12 | J | | |
| 895. | | | | | Sold | 12/07/12 | J | A | |
| 896. Port Formula IRA #2- The Geo Group Inc. | A | Dividend | | | Buy | 11/07/12 | J | | |
| 897. | | | | | Sold | 12/07/12 | J | A | |
| 898. Port Formula IRA #2-Louisiana Pacific Corp | | None | | | Buy | 11/07/12 | J | | |
| 899. | | | | | Sold | 12/07/12 | J | A | |
| 900. Port Formula IRA #2-Susser Holdings Corp | | None | | | Buy | 11/07/12 | J | | |
| 901. | | | | | Sold | 12/07/12 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 57 of 61

Name of Person Reporting

Foote, Elizabeth E.

Date of Report

05/14/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 902. Port Formula IRA #2-Joy Global Inc | A | Dividend | | | Buy | 11/07/12 | J | | |
| 903. | | | | | Sold | 12/07/12 | J | A | |
| 904. Port Formula IRA #2-Medtronics | | None | | | Buy | 11/07/12 | J | | |
| 905. | | | | | Sold | 12/07/12 | J | A | |
| 906. Port Formula IRA #2-Timken | A | Dividend | | | Buy | 11/07/12 | J | | |
| 907. | | | | | Sold | 12/07/12 | J | A | |
| 908. Port Formula IRA #2- Ethan Allen Interiors | A | Dividend | | | Buy | 11/07/12 | J | | |
| 909. | | | | | Sold | 12/07/12 | J | A | |
| 910. Port Formula IRA #2- Lithia Motors Inc | A | Dividend | | | Buy | 11/07/12 | J | | |
| 911. | | | | | Sold | 12/07/12 | J | A | |
| 912. Port Formula IRA #2-Standard Pacific | | None | | | Buy | 11/07/12 | J | | |
| 913. | | | | | Sold | 12/07/12 | J | A | |
| 914. Port Formula IRA #2-Georgia Gulf | | None | | | Buy | 11/07/12 | J | | |
| 915. | | | | | Sold | 12/07/12 | J | A | |
| 916. Port Formula IRA #2- Sasol Limited Adss | | None | | | Buy | 11/07/12 | J | | |
| 917. | | | | | Sold | 12/07/12 | J | A | |
| 918. Port Formula IRA #2-Axis Capital Holdings | | None | | | Buy | 11/07/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 919. | | | | | Sold | 12/07/12 | J | A | |
| 920. Port Formula IRA #2-Cascade Corporation | A | Dividend | | | Buy | 11/07/12 | J | | |
| 921. | | | | | Sold | 12/07/12 | J | A | |
| 922. Port Formula IRA #2- Changyou.com Limited | | None | | | Buy | 11/07/12 | J | | |
| 923. | | | | | Sold | 12/07/12 | J | A | |
| 924. Port Formula IRA #2-First Cash Financial Services | | None | | | Buy | 11/07/12 | J | | |
| 925. | | | | | Sold | 12/07/12 | J | A | |
| 926. Port Formula IRA #1- CNO Finl Group | A | Dividend | | | Buy | 09/10/12 | J | | |
| 927. | | | | | Sold | 10/05/12 | J | A | |
| 928. | | | | | | | | | |
| 929. | | | | | | | | | |
| 930. | | | | | | | | | |
| 931. | | | | | | | | | |
| 932. | | | | | | | | | |
| 933. | | | | | | | | | |
| 934. | | | | | | | | | |
| 935. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 59 of 61 | Foote, Elizabeth E. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ **NONE** *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 936. | | | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Investments & Trusts

Line 27: This account was previously listed as a savings account, but should be shown as a checking account.

Line 60: OM Financial Life Insurance Company has now changed their name to Fidelity & Guaranty Life Insurance Company.

Line 103: This account was transfered to John Hancock during 2010 and should have been shown as such as the 2010 report.

Line 66: The investment fund name was formerly "AIM Global Small & Mid Cap Growth". The fund is now called "Invesco Global Small & Mid".

Line 67: This account had various sale transactions during the year, entered the sales date of 12/31/2011 to cover all transactions.

Line 108: This account was inadvertently omitted from prior year reports.

Line 109: This account was inadvertently omitted from prior year reports.

Line 111: Line 86 was closed and funds were transferred to Port Formula #1 account.

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/14/2013 |

# IX. CERTIFICATION.

  I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

  I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Elizabeth E. Foote**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544